Mailing Address
P.O. Box 1291
Buffalo, NY 14240-1291

OvernightMail
220 Northpointe Parkway
Suite G
Amherst, NY 14228



**STEVEN J. BAUM, P.C.**
ATTORNEYS AT LAW

Phone Number
716-204-2400

Fax Number
716-204-4600

Web Site
WWW.MBAUM.COM

January 19, 2010

Hon. Robert D. Drain
U.S. Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4140

Re:   Peter Shakes and Jullieth Shakes
      Case No.  09-22938

Dear Judge Drain:

    This letter is submitted on behalf of NationStar Mortgage (the "Secured Creditor"). An order was signed on September 3, 2009 directing Susan Peter Shakes and Jullieth Shakes (the "Debtors") and the Secured Creditor to participate in loss mitigation. Debtor's successfully completed the HAMP Trial payment period. Secured Creditor mailed the final loan modification offer out to Debtors' counsel on January 13, 2010.

    Therefore, subject to the Court's approval, the Debtor's counsel and I have agreed to adjourn the Loss Mitigation status conference, from January 19, 2010 to March 10, 2010 at 10:00am, extending the loss mitigation period accordingly. The status conference was initially scheduled for December 8, 2009 and was previously adjourned until January 20, 2010. I was advised by Chambers that March 10, 2010 date is acceptable. Please note that any other pre-trial matters scheduled for the same day are not being adjourned.

    Enclosed herewith please find a proposed order for the Court's consideration. If there are any questions, please feel free to contact me directly at 716-650-2281.

                Very truly yours,

                 STEVEN J. BAUM, P.C.

                 By:   Marc D. Hess, Esq.

Cc:   Peter Shakes
      Jullieth Shakes
      Joshua N. Bleichman, Esq.

The law firm of Steven J. Baum, P.C. and the attorneys whom it employs are debt collectors who are attempting to collect a debt. Any information obtained by them will be used for that purpose. However, if you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.