| UNITED STATES BANKRUPTCY COURT | Return Date: April 28, 2010 |
| SOUTHERN DISTRICT OF NEW YORK | Return Time: 10 am |

---------------------------------x
Re:  Chapter 13
Peter & Jullieth Shakes

                Debtors         Case No. 09-22938
---------------------------------x

## ATTORNEY'S AFFIRMATION OF SERVICES

1. I am an attorney duly admitted to practice in the State of New York and in the Southern District of New York and I submit this Affirmation in support of for Approval of additional fees under penalty of perjury.

2. On June 6, 2009, the debtors filed a voluntary petition for protection under Chapter 13 of the bankruptcy code.

3. This application is made by the applicant for a first allowance of compensation for professional services rendered for and on behalf of the debtor for the period 6/3/2009 through 2/18/2010 (the "Period"). In addition, Applicants seek reimbursement for actual and necessary costs incurred during the Period, to be paid through the chapter 13 plan.

4. Applicant seeks an allowance of fees of $ 3,118.00 the documentation for which is set forth on Exhibit "A" attached hereto.

5. At the time of the filing the fee charged did not contemplate services in connection with loss mitigation, and an adversary case.

6. To date my office has spent approximately 7.4 hours working on and performed the following services outlined on Exhibit "A"

7. The total amount of fees far exceeds the amount being sought herein; Your Applicant is limiting its application for fees and services rendered.

8. The applicant seeks compensation for services rendered in the amount of

$ 3,118.00, payable through the Chapter 13 plan as administrative priority.

WHEREFORE the Applicant respectfully requests compensation for professional services rendered during the Period in the amount of $ 3,118.00.

Dated: Spring Valley, NY  
March 5, 2010

      /s/ Joshua N. Bleichman  
Joshua N. Bleichman  
268 Route 59 West  
Spring Valley, NY 10977  
845-425-2510

# CERTIFICATE OF SERVICE

I, Joshua N. Bleichman, affirm under the penalties of perjury that I am not a party to this action and I am over the age of 18 years old. I served the within Chapter 13 Fee Application on March 5, 2010, by depositing a true copy thereof by ECF or a post-paid wrapper, placing it in an official depository under the exclusive care and custody of the US Postal Service within the State of New York, first class mail, addressed to:

Jullieth and Peter Shakes
910 Route 45
New City, NY 10956

Jeffrey L. Sapir-13 – by ECF
As Chapter 13 and 12 Trustee
399 Knollwood Road
Suite 102
White Plains, NY 10603

United States Trustee by ECF
33 Whitehall Street
21st Floor
New York, NY 10004

                                                  /s/ Joshua N. Bleichman
                                                  Joshua N. Bleichman