Mailing Address
P.O. Box 1291
Buffalo, NY 14240-1291

OvernightMail
220 Northpointe Parkway
Suite G
Amherst, NY 14228



**STEVEN J. BAUM, P.C.**
ATTORNEYS AT LAW

Phone Number
716-204-2400

Fax Number
716-204-4600
Not for Service

Web Site
WWW.MBAUM.COM

March 18, 2010

Jeffrey L. Sapir, Esq.
399 Knollwood Road
Suite 102
White Plains, NY 10603

Re:         Peter Shakes, Jullieth Shakes
Case No.   09-22938-rdd

Dear Sir or Madam:

    Respecting captioned bankruptcy matter, please withdraw the proof of claim filed on behalf of Nationstar Mortgage under claim number 1 for the property located at 910 Route 45, New City, NY, which was filed on June 10, 2009 in White Plains, New York.

    If you have any questions, please feel free to call.

Very truly yours,

STEVEN J. BAUM, P.C.

By:    Randa R. Simmons, Esq.

cc:    CLERK, UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK
       JOSHUA N. BLEICHMAN, ESQ.